# EXHIBIT A



*What You Need to Know About Overdrafts and Overdraft Fees*

# Important information about overdrafts

An overdraft occurs when you do not have enough money in your account to cover a transaction but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft coverage that comes with your account.
2. We also offer overdraft protection plans, such as a link to an eligible savings account, eligible line of credit or eligible credit card, which may be less expensive than our standard overdraft coverage. To learn more, ask us about these plans.

This notice explains our standard overdraft coverage.

**What is the standard overdraft coverage that comes with my account?**

We may authorize and pay overdrafts for the following types of transactions:

- Checks and other transactions made using your checking account number
- Automatic bill payments (such as recurring debit card and ACH payments)

We will not authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):

- ATM transactions
- Everyday debit card transactions (such as one-time debit card and ATM card purchases)

We pay overdrafts at our discretion which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

If you'd like more information about available options related to standard overdraft coverage, please speak with a Wells Fargo banker.

**What fees will the bank charge if it pays my overdraft?**

Under our standard overdraft coverage:

- We will charge you a fee of $35 each time we pay an overdraft item to your account
- There is a limit of three overdraft and/or returned item fees per day

**What if I want Wells Fargo to authorize and pay overdrafts on my ATM and everyday debit card transactions?**

You can add Debit Card Overdraft Service anytime by calling us at 1-800-TO-WELLS (1-800-869-3557), signing on to *Wells Fargo Online*® Banking from a computer or tablet (search Overdraft Services), visiting a Wells Fargo ATM (select More Choices), or speaking to a banker at any Wells Fargo branch. You can remove the service at any time.



**For Consumer Deposit Accounts Only**
© 2018 Wells Fargo Bank, N. A. All rights reserved. Member FDIC.
CNS9795 (Rev 01 - 07/18) Page 1 of 1