2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSANTHONY WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO BANK, N.A.; DOES 1 through 5,<br><br>Defendants. | Case No.: 20-cv-2307-DMS-WVG<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

On February 17, 2021, this matter came before the Court in an informal telephonic conference. Upon agreement of the parties, it is ordered that Defendants may file their motion to compel arbitration within **fourteen (14) days** of this Order. Defendants shall contact the Court to obtain a hearing date upon the filing of their motion.

**IT IS SO ORDERED.**

Dated: February 17, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court